



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

6

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:          Opinion No.O-3999
                   Re: Whether a person selling
                   cotton for others, making
                   a uniform charge per bale,
                   is liable for occupation
                   tax.

In your letter of May 7, 1942, you set forth
Article 7047, Subd. 8, Vernon's Annotated Civil Statutes,
and request our opinion in response to this question:

"Is a person, firm, association of
persons, or a corporation, following the
business or occupation of negotiating
purchases for sales of bales of cotton,
for others, and receiving a flat service
charge for each bale handled, regardless
of the value of each bale of cotton, sub-
ject to the tax as levied by the above
quoted Act?"

Subdivisions 7 and 8 of Article 7047, as they
now read, were enacted in House Bill 251, Ch. 212, p.355,
Acts 1931, and read:

"Brokers. - Stocks and Bonds. - From
every person, firm, association of persons,
or corporations, dealing in bonds, and/or
stocks, either exclusively or in connection
with other business, the sum of Fifty Dollars

1942

($50.00) for each town or city in which
such person, firm, association or corpora-
tion maintains an office. For the purpose
of this Act, every person, firm, association
of persons, or corporation whose business
it is to negotiate purchases or sales of stocks,
bonds, exchange, bullion, coin, money, bank
notes, promissory notes, produce or merchandise,
or anything else for sale, for others, shall be
regarded as a broker.

"Brokers - Cotton and Cotton Factors.- From
every person, firm, association of persons, or
corporation following the business or occupation
of a cotton broker and/or cotton factor, an
annual tax of Fifteen Dollars ($15.00) in all
towns or cities whose population does not exceed
twenty-five thousand (25,000) inhabitants; and
in all cities whose population exceeds twenty-
five thousand (25,000) inhabitants, an annual
tax of Twenty-five Dollars ($25.00)."

Nothing in the statutes limits the tax to one who
sells the cotton on strictly a commission basis according
to value. We construe the second sentence in Subdivision 7
as being applicable to cotton brokers, as well as others.
And, since the persons and firms mentioned in your question
are engaged in the business of negotiating the purchases
or sales of bales of cotton for others, they fall squarely
within the statute.

In Webster's International Dictionary, 2nd. Ed-
ition, we find one definition of a broker to be "one who,
for a commission or fee, brings parties together and
assists in negotiating contracts between them." Hence,
we find no discord between the definition of the word
"broker" in the statute and its usual meaning as set forth
by Webster.

In our opinion the proper answer to your question
is an affirmative one.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
Glenn R. Lewis
Assistant

_____, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY _____
CHAIRMAN